FILED

07 MAY 17 PM 1:40

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>FELIPE VAZQUEZ-ALCANTARA,<br><br>             Defendant. | Criminal Case No. 04cr2889-BTM<br><br>ORDER RE: CJA VOUCHER |

This matter came before the court on the application of Paula Notari, Esq. for approval of her combined CJA vouchers in the amount of $10,096.00 in fees, plus expenses in the amount of $78.80, for representing a defendant in the above-captioned case. 18 U.S.C. § 3006A(d)(2) provides that the maximum fee for representation of a defendant is $7,000.00 unless the court finds that the representation was extended or complex.

After reviewing the record and Ms. Notari's letter dated February 7, 2007, the court finds that the representation was in an extended or complex case and that the amount requested is necessary to provide fair compensation. See 18 U.S.C. § 3006(A)(d)(3). Therefore the district court approves the combined vouchers in the amount of $10,096.00 in fees, plus $78.80 in expenses, for a total of $10,174.80.

Approval of such payment by the Chief Judge of the Ninth Circuit, or one of her delegates, is also necessary.

**IT IS SO ORDERED.**

Dated: 5-16-07

HONORABLE BARRY TED MOSKOWITZ
United States District Judge

04cr2889